UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ALLISON M. FRY, ) | |
| ) | CASE NO. C12-5176-JLR-MAT |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | REPORT AND RECOMMENDATION |
| MICHAEL ASTRUE, ) | |
| Commissioner of Social Security, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

Plaintiff brought this action to seek judicial review of the denial of her applications for Supplemental Security Income and Disability Insurance Benefits by the Commissioner of the Social Security Administration. The parties have now stipulated that this case should be reversed and remanded pursuant to sentence four of 42 U.S.C. § 405(g). (Dkt. 18.)

Based on the stipulation of the parties, the Court recommends this case be REVERSED and REMANDED for further administrative proceedings pursuant to sentence four of 42 U.S.C. § 405(g). The parties stipulate that, on remand, the Administrative Law Judge (ALJ) will: (1) conduct a new hearing, further develop the record, and issue a new decision; (2) re-evaluate and further develop the medical evidence of record; (3) re-evaluate plaintiff's

mental impairments at step two of the sequential evaluation process and re-evaluate step three; (4) re-evaluate the lay witness evidence within the record; (5) re-evaluate plaintiff's residual functional capacity; and (6) re-evaluate steps four and five with the assistance of a vocational expert, if necessary.  Additionally, upon proper application, the Court will consider plaintiff's application for attorney fees and expenses pursuant to 28 U.S.C. § 2412, and costs pursuant to 28 U.S.C. § 1920.

Given the above, the Court recommends that United States District Judge James L. Robart immediately approve this Report and Recommendation and order the case REVERSED and REMANDED for further administrative proceedings.  A proposed order accompanies this Report and Recommendation.

DATED this <u>19th</u> day of July, 2012.

Mary Alice Theiler
United States Magistrate Judge